UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/21

UNITED STATES OF AMERICA,

19 Crim. 821 (KMW)

-against-

**SUBPOENA DUCES TECUM**

LUIS ESPINAL,

            Defendant.

To:

    CORE Unit
    Sing Sing Correctional Facility
    Building 8
    354 Hunter Street
    Ossining, NY 10562

    **YOU ARE COMMANDED** to produce any and all records relating to Luis Espinal (DIN: 10R3668), including, but not limited to: disciplinary incidents, program participation, medical treatment records, mental health and psychiatric records to the undersigned.

    Justine Harris, Esq.
    Sher Tremonte LLP
    90 Broad Street, 23rd Floor
    New York, NY 10004
    Fax: (212) 202-4156
    Jharris@shertremonte.com

Said records shall be produced on or before March 5, 2021.

SO ORDERED: 2/22/21

*Kimba M. Wood*

Hon. Kimba M. Wood, USDJ