```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

LUIS ESPINAL,

                    Defendant.

Criminal Action
19 Crim. 821 (KMW)

Hon. George B. Daniels
U.S.D.J.

**SUBPOENA DUCES TECUM**

To:

    Central New York Psychiatric Center
    9005 Old River Road
    Marcy, NY 13403
    P.O. Box 300

    **YOU ARE COMMANDED** to produce any and all records relating to the inpatient care of Luis Espinal (DOB: 08/01/1989) during the years 2012-2013 and 2013-2014, including, but not limited to records relating to: mental health records, medical treatment records, psychiatric records, and program participation records to the undersigned.

    Justine Harris, Esq.
    Sher Tremonte LLP
    90 Broad Street, 23rd Floor
    New York, NY 10004
    Fax: (212) 202-4156

    Said records shall be produced on or before February 25, 2021.

                                        _/s/ Kimba M. Wood_   2/22/21
                                        Hon. Kimba M. Wood, USDJ