UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/21

-against-

LUIS ESPINAL,

                Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote proceeding in the above-captioned case on Tuesday, November 9, 2021, at 11:00 a.m.

Members of the press and public who wish to join the conference may dial 917-933-2166 and enter conference ID 949267097, with their telephones on mute. Consistent with the standing orders of this Court and local rules, no recording or rebroadcasting of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
       November 2, 2021

                                                KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE