```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

LUIS ESPINAL,

                 Defendant.
-------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Wednesday, February 16, 2022, at 3:00 p.m.

Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 521133324, with their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
       February 9, 2022

                                          /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE