**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2022

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/22

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Luis Espinal.*, 19 Cr. 821 (KMW)

Dear Judge Wood:

The Government respectfully writes with the consent of counsel to defendant Luis Espinal to request that the Court adjourn the next conference in this matter, currently scheduled for February 16, 2022, to a date in April 2022 convenient for the Court. On February 4, 2022, Espinal submitted to the Government an application for a deferred prosecution. The Government needs time to review that application. The requested adjournment will allow the Government to make a determination with respect to Espinal's application and the parties to discuss and possibly accomplish a resolution of this matter without the need for trial. Should the Court grant the requested adjournment, the parties further request that the time between February 16, 2022 and the date of the next conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice, so that the parties may continue to pursue resolution of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Celia V. Cohen
Assistant United States Attorney
(212) 637-2466

*The conference is adjourned to April 20, 2022, at 2:00p.m. Time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), through April 20, 2022.*

SO ORDERED: N.Y., N.Y. 2/14/22

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.