UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

LUIS ESPINAL,

                                Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/22

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the defendant's remote conference, currently scheduled for April 20, 2022, is adjourned to Thursday, April 21, 2022, at 11:30 a.m.

SO ORDERED.

Dated: New York, New York
       April 4, 2022

                                        /s/ Kimba M. Wood
                                      KIMBA M. WOOD
                             UNITED STATES DISTRICT JUDGE