```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

LUIS ESPINAL,

                            Defendant.
------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference in the above-captioned case on Thursday, April 21, 2022, at 11:30 a.m.

    Members of the press and public who wish to hear the proceeding may dial 917-9332166 and enter Conference ID 521133324, with their telephones on mute. Consistent with the standing orders of this court and local rules, no rebroadcasting or recording of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
          April 11, 2022

                                           _Kimba M. Wood_
                                           KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE