UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

LUIS ESPINAL,

                    Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/22

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's trial calendar, the remote conference currently scheduled for Tuesday, May 31, 2022, is adjourned to Wednesday, June 1, 2022, at 3:30 p.m.

SO ORDERED.

Dated: New York, New York
       May 17, 2022

                                    */s/ Kimba M. Wood*
                                    KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE