UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

LUIS ESPINAL,

                            Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/22

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference in the above-captioned case on Friday, September 9, 2022, at 11:00 a.m.

    Members of the press and public who wish to hear the proceeding may dial 1-646-453-4442 and enter Conference ID 56180348. Consistent with the standing orders of this court and the local rules, no recording or rebroadcasting of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
         September 6, 2022

                                                   */s/ Kimba M. Wood*
                                                KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE