UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

LUIS ESPINAL,

                          Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/22

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Thursday, December 15, 2022, at 11:30 a.m. Members of the press and public who wish to hear the proceeding may dial 646-453-4442 and enter conference ID 56180348. Pursuant to the standing orders of this court and local rules, no rebroadcasting or recording of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
          December 8, 2022

                                              _____
                                              KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE