UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

LUIS ESPINAL,

                        Defendant.
-----------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/22
```

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    Trial in this case has been scheduled for Monday, February 27, 2023. Motions *in limine* are due by February 6, 2023, with replies due February 13, 2023.

    SO ORDERED.

Dated: New York, New York
         December 19, 2022

                                        *Kimba M. Wood*
                                KIMBA M. WOOD
                      UNITED STATES DISTRICT JUDGE