```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                -against-                                              19 CR 821 (KMW)

                                                                    ORDER

LUIS ESPINAL,

                Defendant.
------------------------------------------------------------------x

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on February 10, 2023;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
         February 16, 2023

                                                      /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE

Copies of this Order have been forwarded to counsel for the respective parties.