UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

LUIS ESPINAL

                                         Defendant.
-------------------------------------------------------------x

19 CR 821 (KMW)

SENTENCING SCHEDULING ORDER

KIMBA M. WOOD, District Judge

    The Defendant is scheduled to be sentenced on May 17, 2023 at 11:30 a.m.

    The Presentence Investigation Report is due to the Court on May 10, 2023.

    Any sentencing submissions by Defendant must be made by May 11, 2023, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation.

    Defense counsel must arrange for the presentence interview to occur within 14 days of the defendant's guilty plea. The Government must submit a statement of facts to Probation within 14 days of the defendant's guilty plea. The Government must submit its 5K1.1 letter, if applicable, 14 days before sentencing. All counsel **must** review the Court's Individual Rules before submitting sentencing memoranda.

    Probation should contact Chambers if they experience difficulty scheduling the presentence interview or if the PSR will not be completed in a timely fashion.

    Any response or other submission from the Government is due May 15, 2023.

SO ORDERED

Dated: New York, New York
         March 2, 2023

                                                                     *Kimba M. Wood*
                                                                    KIMBA M. WOOD
                                                         UNITED STATES DISTRICT JUDGE