**SHER TREMONTE LLP**

September 15, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 18, 2023
```

**BY ECF**

Hon. Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Luis Espinal*, 19-cr-821 (KMW)

Dear Judge Wood:

I represent Luis Espinal. Now that Mr. Espinal has been sentenced, he would like to retrieve his passport from Pretrial Services, which has had possession of it as a condition of Mr. Espinal's bond. Accordingly, I respectfully request that Your Honor order the bond exonerated and for Pretrial Services to return Mr. Espinal's passport to him or to his undersigned counsel.

I appreciate the Court's consideration.

Respectfully submitted,

/s/Noam Biale
Noam Biale

*Attorneys for Luis Espinal*

cc:   All counsel (via ECF)

Defendant's request is GRANTED. Mr. Espinal's bond is exonerated and Pretrial Services is ordered to return Mr. Espinal's passport to him or his counsel.

SO ORDERED.

Dated: New York, New York
September 18, 2023

*/s/ Kimba M. Wood*
**KIMBA M. WOOD**
**United States District Judge**