```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/24

    -against-

**ORDER**
19 CR 821 (KMW)

LUIS ESPINAL,

                    Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

    The conference currently scheduled for May 22, 2024, is adjourned to June 12, 2024, at 12:30 p.m.

    SO ORDERED.

Dated: New York, New York
         May 8, 2024

                                                _____
                                                KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE