UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

     -against

LUIS ESPINAL,

                      Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/25

KIMBA M. WOOD, District Judge:

    A conference on the violation of supervised release will be held on Wednesday, March

12, 2025, at 11:30 a.m., in Courtroom 26A.

    SO ORDERED.

Dated: New York, New York
       February 3, 2025

                             KIMBA M. WOOD
                   UNITED STATES DISTRICT JUDGE